# EXHIBIT A

| Plaintiff | Parcel ID[1] | Property Location |
|---|---|---|
| Riverview Farms | 010-00-00-020 | Metcalf Rd, Paducah, KY, McCracken County |
| | 010-00-00-032 | Joppa Landing Rd, Paducah, KY, McCracken County |
| | 010-00-00-034 | Joppa Landing Rd, Paducah, KY, McCracken County |
| | 010-00-00-044 | Ingleside Rd, Paducah, KY, McCracken County |
| Michael Blasdel, Eleanor Blasdel & Tammy Blasdel | 009-00-00-001.01 | Newton Creek, Paducah, KY, McCracken County |
| Michael & Iva Boatwright | 094-00-00-001 | Old Cairo Rd, Paducah, KY, McCracken County |
| | 103-00-00-001.05 | N 8th Street, Paducah, KY, McCracken County |
| | 103-21-00-008 | N 10th Street, Paducah, KY, McCracken County |
| | 103-21-00-011.01 | N 10th Street, Paducah, KY, McCracken County |
| | 103-21-00-009 | N 10th Street, Paducah KY, McCracken County |
| | 066-00-00-026 | Mayfield-Metropolis Rd, Paducah KY, McCracken County |
| | 067-00-00-038 | Mayfield-Metropolis Rd, Paducah KY, McCracken County |
| John W. Crenshaw | 066-30-01-002 | Mayfield-Metropolis Rd, Paducah, KY, McCracken County |
| Joseph Edwards | 085-00-00-006 | 4535 Noble Rd, Paducah, KY, McCracken County |
| Roy L. McCutchen & Trudy F. McCutchen | 094-10-00-004 | Old Cairo Rd, Paducah, KY, McCracken County |
| | 094-10-00-006 | Old Cairo Rd, Paducah, KY, McCracken County |
| | 094-10-00-037 | Old Cairo Rd, Paducah, KY, McCracken County |
| | 094-00-00-002 | Old Cairo Rd, Paducah, KY, McCracken County |
| | 094-00-00-002.02 | Old Cairo Rd, Paducah, KY, McCracken County |
| | 094-10-00-006.01 | Old Cairo Rd, Paducah, KY, McCracken County |
| | 094-10-00-001 | Old Cairo Rd, Paducah, KY, McCracken County |
| | 094-00-00-002.01 | Old Cairo Rd, Paducah, KY, McCracken County |
| | 18-02 | County Farm Rd, Wickliffe, KY, Ballard County |
| | 18-13 | County Farm Rd, Wickliffe, KY, Ballard County |
| | 42-04 | Barlow Road, Barlow, KY, Ballard County |
| David R. Reed, Jr. | 074-00-00-057 | Noble Road, Paducah, KY, McCracken County |
| | 074-00-00-057.01 | Noble Road, Paducah, KY, McCracken County |
| Harold D. Lowe & Michelle R. Lowe | 084-00-00-003 | Noble Road, Paducah, KY, McCracken County |
| | 074-00-00-058 | Noble Road, Paducah, KY, McCracken County |
| | 24-02 | Kendall Thomas Rd, LaCenter, KY, Ballard County |

---

[1] Parcel ID numbers are from the local taxing authority.

1

| | | |
|---|---|---|
| Norman T. Massey | 074-00-00-003 | Noble Road, Paducah, KY, McCracken County |
| | 064-00-00-070 | Cold Springs Rd, Paducah, KY, McCracken County |
| | 064-00-00-062 | Cold Springs Rd, Paducah, KY, McCracken County |
| | 064-00-00-066 | Cold Springs Rd, Paducah, KY, McCracken County |
| Crawford Lake Hunt Club, LLC | 010-00-00-002.01 | Crawford Lake Rd, W. Paducah, KY, McCracken County |
| | 010-00-00-002.02 | Crawford Lake Rd, W. Paducah, KY, McCracken County |
| Darin Rudolph & Marie Rudolph | 010-00-00-013 | Brockman Rd, W. Paducah, KY, McCracken County |
| | | Crawford Lake Rd, W. Paducah, KY, McCracken County |
| James Wray & Kelly Wray | 010-00-00-002 | Crawford Lake Rd, W. Paducah, KY, McCracken County |
| Shelby Lake Farms, LLC | 42-07 | Ogden Colvin Circle Rd, Kevil, KY, Ballard County |
| | 42-06-01 | Ogden Colvin Circle Rd, Kevil, KY, Ballard County |
| | 31-04 | Colvin Lake Road, Kevil, KY, Ballard County |
| | 31-02 | Colvin Lake Road, Kevil, KY, Ballard County |
| | 32-01 | Monkey Eyebrow Rd, Bandana, KY, Ballard County |
| | 31-08 | Kelly Branch Rd, Ballard County |
| | 31-05 | Wildlife Lodge Rd, LaCenter, KY, Ballard County |
| | 32-24 | Wildlife Lodge Rd, LaCenter, KY, Ballard County |
| Bandana Hunt Club, Inc | 52-09 | Maloy Road, Kevil, KY, McCracken County |
| | 52-09-01 | Maloy Road, Kevil, KY, McCracken County |
| | 52-11 | Maloy Road, Kevil, KY, McCracken County |
| | 52-12 | Maloy Road, Kevil, KY, McCracken County |
| | 52-19 | Maloy Road, Kevil, KY, McCracken County |
| | 52-13 | Maloy Road, Kevil, KY, McCracken County |
| | 002-00-00-002 | Ogden Landing Rd, Kevil, KY, McCracken County |
| | 002-00-00-001 | River Bottoms, McCracken County |
| | 004-00-00-003 | Conway Road, McCracken County |
| | 004-00-00-001 | Elliott Road, McCracken County/Ballard County |
| Bandana Farm, LLC | 002-00-00-003 | Elliott Road, McCracken/Ballard County Line |
| | 004-00-00-004 | River Bottoms, McCracken County |
| | 32-14 | Palmore Lane, Ballard County |
| | 32-14cc | Watershed |
| | 52-14 | Conway Road, McCracken County |
| | 004-00-00-006 | Shelton Road, McCracken |
| Duccentral Fams, LLC | 3-05 | Holloway Landing Rd, Barlow, KY, Ballard County |
| | 3-05-01 | Holloway Landing Rd, Barlow, KY, Ballard County |

2

| | | |
|---|---|---|
| | 3-01 | Holloway Landing Rd, Barlow, KY, Ballard County |
| Father & Son Hunting Club, Inc | 14-02<br>14-02-01 | Sallie Crice Road, Barlow, KY, Ballard County<br>Ballard County |
| HMS Farm & Waterfowl Hunting Club, LLC | 32-23<br>32-21<br>32-22 | Refuge Road, Barlow, KY, Ballard County<br>Refuge Road, Barlow, KY, Ballard County<br>Refuge Road, Barlow, KY, Ballard County |
| Fielding Anderson | 9-01<br>8-08<br>25-02<br>71-23 | River Bottoms, Barlow, KY, Ballard County<br>River Bottoms, Barlow, KY, Ballard County<br>Oscar Road, Barlow, KY, Ballard County<br>County Line Road, Kevil KY, Ballard County |
| Hunters Pond, Inc. | 10-08 | River Bottoms, Wickliffe, KY, Ballard County |
| Swan Lake Farms, LLC | 10-10 | Cairo Road, Wickliffe, KY, Ballard County |
| Axe Lake Hunting & Fishing Club, Inc. | 15-13<br>15-12 | Sallie Crice Rd, Barlow, KY, Ballard County<br>Sallie Crice Rd, Barlow, KY, Ballard County |
| Mitchell Lake Farms, LLC | 23-01<br>23-02<br>23-02cc | 501 Goosehaven, LaCenter, KY, Ballard County<br>501 Goosehaven, LaCenter, KY, Ballard County<br>Clanton Creek Watershed, Ballard County |
| Ballard Waterfowl Properties, Inc. | 32-17 | 1688 Refuge Road, LaCenter, KY, Ballard County |
| Barker Land Holdings, LLC | 3-03<br>2-05 | River Bottoms, Barlow, KY, Ballard County<br>Sallie Crice Rd, Barlow, KY, Ballard County |
| Huntland Properties Of Ballard Co, LLC | 24-10-01<br>23-39 | River Bottoms, Barlow, KY, Ballard County<br>Oscar Road, Barlow, KY, Ballard County |
| Black Duck Flats, LLC | 23-19<br>23-29<br>23-42<br>23-42cc<br>23-19cc | Mitchell Lake Dr, Barlow, KY, Ballard County<br>Mitchell Lake Dr, Barlow, KY, Ballard County<br>Cooperfield Lane, Barlow, KY, Ballard County<br>Cooperfield Lane, Barlow, KY, Ballard County<br>Cooperfield Lane, Barlow, KY, Ballard County |
| Lonnie Conyers | 17-10-01<br>17-09 | Bob Lane, Barlow, KY, Ballard County<br>Bob Lane, Barlow, KY, Ballard County |

3

| | | |
|---|---|---|
| Melanie W. Kelley, POA for Olive Mae Wilson Coomer | 1-03<br>1-04 | Sallie Crice Road, Barlow, KY, Ballard County<br>Sallie Crice Road, Barlow, KY, Ballard County |
| David P. Damron | 42-02-01 | Colvin Lake Road, Kevil, KY, Ballard County |
| Waldon Hunting Club, Inc. | 31-16<br>42-02-10<br>42-02-10BO | Kelly Branch Rd, Kevil, KY, Ballard County<br>Colvin Lake Rd, Kevil, KY, Ballard County<br>Colvin Lake Rd, Kevil, KY, Ballard County |
| James Richard Waldon | 42-02-04<br>42-02-08<br>42-03 | Colvin Lake Rd, Kevil, KY, Ballard County<br>Colvin Lake Rd, Kevil, KY, Ballard County<br>Colvin Lake Rd, Kevil, KY, Ballard County |
| Heritage Farms of Carlisle, LLC | 3-04-02 | East Cairo Rd, Wickliffe, KY, Ballard County |
| J&B Davis Farms, LLC & Farms, LLC | 3-04<br>4-02<br>4-04 | East Cairo Rd, Wickliffe, KY, Ballard County R&S Davis<br>East Cairo Rd, Wickliffe, KY, Ballard County<br>River Bottoms, Wickliffe, KY, Ballard County |
| Stor-Mor Buildings, LLC | 4-06 | Swan Lake Road, Wickliffe, KY, Ballard County |
| Charles K. Davis, Jr. | 14-08-01 | Steve Denton Rd, Barlow, Ky, Ballard County |
| Barrow Farms, LLC | 23-08 | 142 Turner Landing Rd, Barlow, KY, Ballard County |
| Prairie Lake Sportsman Club, LLC | 10-02-01 | Gum Corner, Barlow, KY, Ballard County |
| Fallen Timber Farms, LLC | 15-01<br>15-02 | Sallie Crice Rd, Barlow, KY, Ballard County<br>River Bottoms, Barlow, KY, Ballard County |
| L. Christopher Drummond | 23-39-01 | Oscar Road, Barlow, KY, Ballard County |
| Terry W. Gipson & Kimberly Gipson | 23-03<br>23-03-01 | 476 Goosehaven Lane, LaCenter, KY, Ballard County<br>476 Goosehaven Lane, LaCenter, KY, Ballard County |
| Grassy Lake of Kentucky, LLC | 11-02<br>17-18<br>18-44 | Old Cairo Road, Wickliffe, KY, Ballard County<br>Gum Corner Rd, Wickliffe, KY, Ballard County<br>County Farm Rd, Wickliffe, KY, Ballard County |

|  |  |  |
|---|---|---|
|  | 18-01 | Barlow Road, Wickliffe, KY, Ballard County |
|  | 11-06 | River Bottoms, Ballard County |
|  | 11-09-01 | River Bottoms, Ballard County |
|  | 5-06-01 | River Bottoms, Ballard County |
|  | 4-03-02 | River Bottoms, Ballard County |
|  | 4-03-03 | River Bottoms, Ballard County |
|  | 4-03 | River Bottoms, Ballard County |
|  | 04-05-01 | River Bottoms, Ballard County |
|  | 4-05 | River Bottoms, Ballard County |
|  | 4-03-01 | River Bottoms, Ballard County |
|  | 5-22 | River Bottoms, Ballard County |
|  | 5-21 | River Bottoms, Ballard County |
|  | 11-10 | River Bottoms, Ballard County |
|  | 10-06 | River Bottoms, Ballard County |
|  | 4-02-01 | River Bottoms, Ballard County |
|  | 4-03LO | River Bottoms, Ballard County |
| The Creek Hunt Club, LLC | 69-10-01 | Blandville Road, Wickliffe, KY, Ballard County |
|  | 69-09-04 | Blandville Road, Wickliffe, KY, Ballard County |
| Gregory Joles | 17-18-01 | Gum Corner Road, Wickliffe, KY, Ballard County |
|  | 17-18-02 | Gum Corner Road, Wickliffe, KY, Ballard County |
|  | 17-19-01 | Gum Corner Road, Wickliffe, KY, Ballard County |
| iDuck Investments, LLC | 8-10 | 2714 Holloway Landing Rd, Barlow, KY, Ballard County |
| Melanie W. Kelley, Trustee of GST Exempt Trust U/T/A Martha Wilson and | 1-03 | Sallie Crice Road, Barlow, KY, Ballard County |
|  | 1-04 | Sallie Crice Road, Barlow, KY, Ballard County |
| Melanie W. Kelley, Trustee of GST Exempt Trust U/T/A James A. Wilson |  |  |
| Willliam Kilby & Marilyn Kilby | 7-04-01 | Sallie Crice Road, Barlow, KY, Ballard County |
|  | 14-10 | Bottoms, Barlow KY, Ballard County |
| Mary Miller | 14-09 | Sallie Crice Road, Barlow, KY, Ballard County |
| Todd Moore & Lewis Dodds | 14-05 | 4352 Sallie Crice Road, Barlow, KY, Ballard County |
|  | 32-10 | Monkey Eyebrow/Refuge Rd, Barlow, KY, Ballard County |
|  | 32-11 | Monkey Eyebrow/Refuge Rd, Barlow, KY, Ballard County |
|  | 32-12-01 | Monkey Eyebrow/Refuge Rd, Barlow, KY, Ballard County |

| Owner | Parcel | Address |
|---|---|---|
| Mallard – X Farm, LLC | 24-15-01 | Sallie Crice Road, Barlow, KY, Ballard County |
| Old Mitchell Field | 9-07 | Holloway Landing Road, Barlow, KY, Ballard County |
| Wildlife Farms, Inc. | 15-03 | Sallie Crice Road, Barlow, KY, Ballard County |
| Yancey Farms, Inc. | 32-18 | 1279 Refuge Rd, LaCenter, KY, Ballard County |
| Kenneth Schroeder | 32-16 | Palmore Lane, Ballard County, KY |
| Soggy Bottom Boys Outfitters, LLC | 2-02 | Sallie Crice Road, Barlow, KY, Ballard County |
| Southern Horn Chute, LLC | 1-02 | East Cairo Landing Rd, Wickliffe, KY, Ballard County |
| Shawnee Creek Sportsmen Club, LTD | 10-09 | Gum Corner Rd, Wickliffe, KY, Ballard County |
| Charles Stacey | 10-06-02 | Gum Corner Rd, Wickliffe, KY, Ballard County |
| Brent Sullivan & Tracy Sullivan | 5-11<br>006-00-00-016<br>011-00-00-011 | Cairo Road, Wickliffe, KY, Ballard County<br>Ogden Landing Road, Paducah, KY, McCracken County<br>Ogden Landing Road, Paducah, KY, McCracken County |
| Tall Paul's Hunting Club, LLC | 14-07<br>24-29-01 | Steve Denton Rd, Barlow, KY, Ballard County<br>Sallie Crice Rd, Barlow, KY, Ballard County |
| Ronnie Toombs & June Ann Toombs | 16-40-01<br>16-36-01<br>26-31-01<br>42-04 | Oldham Road, Barlow, KY, Ballard County<br>Oldham Road, Barlow, KY, Ballard County<br>Oldham Road, Barlow, KY, Ballard County<br>Barlow Road, Barlow, KY, Ballard County |
| Bobby J. Ashley & Patricia A. Ashley | 32-23-01 | Refuge Road, Barlow, KY, Ballard County |
| Carol Anne Vanderboegh Irrevocable Trust | 8-07-01 | Holloway Landing Rd, Barlow, KY, Ballard County |
| John Wiggins | 24-13<br>24-13HC | 4905 Hwy 1105, Barlow, KY, Ballard County<br>Humphrey's Creek, Barlow, KY, Ballard County |

| | | |
|---|---|---|
| Jim Coleman & Kate Coleman | 24-11 | Baulckim Lane, Barlow, KY, Ballard County |
| Brett Wilson & Sharon Wilson | 18-01-01<br>18-01-05<br>18-02<br>18-13 | Barlow Road, Barlow, KY, Ballard County<br>Barlow Road, Barlow, KY, Ballard County<br>County Farm Road, Wickliffe, KY, Ballard County<br>County Farm Road, Wickliffe, KY, Ballard County |
| Greg A. Hambrick | 018-00-00-002.00 | Bardwell, KY, Carlisle County |
| Hambrick Farms Real Estate, LLC | 019-00-00-029.00<br>019-00-00-028.00<br>020-00-00-006.00 | Bardwell, KY, Carlisle County<br>Bardwell, KY, Carlisle County<br>Bardwell, KY, Carlisle County |
| Alice Hambrick | 009-00-00-008.00 | Bardwell, KY, Carlisle County |
| Tara D. Miller Living Trust | 008-00-00-017.00 | Carlisle County, KY |
| Roy Dillard & Laura Dillard | 013-00-00-006.00<br>020-00-00-005.00<br>30-03<br>10-06/10-07/11-03<br>11-02 | Hickman Road, Hickman County, KY<br>Dillard Road, Hickman County, KY<br>Wayne Road, Fulton County, KY<br>St Rt 1282, Fulton County, KY<br>Ash Log Rd, Fulton County, KY |
| Randall Deweese, Joyce Deweese & Hales Farm | 39-01<br>39-03B<br>020-00-00-009.00<br>028-00-00-008.02<br>011-00-00-002.00 | Deweese Rd/Burcham Rd, Hickman & Fulton County, KY<br>Deweese Rd/Burcham/Rd, Hickman & Fulton County, KY<br>Bluff Road, Hickman County, KY<br>Bostick Road, Hickman County, KY<br>Sand Bar-Mississippi River, Hickman County, KY |
| Island Farms, LLC | 004-00-00-001.00<br>004-00-00-006.00<br>004-00-00-006.02<br>005-00-00-001.01<br>005-00-00-002.00<br>004-00-00-002.00<br>004-00-00-006.01<br>004-00-00-008.00<br>005-00-00-001.00<br>004-00-00-009.00<br>004-00-00-010.00 | Island Road, Hickman County, KY<br>Island Road, Hickman County, KY<br>Island Road, Hickman County, KY<br>Island Road, Hickman County, KY<br>Island Road, Hickman County, KY<br>River Road, Hickman County, KY<br>River Road, Hickman County, KY<br>River Road, Hickman County, KY<br>Wolf Rd/Island, Hickman County, KY<br>Wolf Rd/Island, Hickman County, KY<br>Wolf Rd/Island, Hickman County, KY |

| | | |
|---|---|---|
| Grogan Properties, LLC | 015-00-00-002.00 | Wolf Island, Hickman County, KY |
| | 016-00-00-002.00 | |
| | 016-00-00-006.00 | |
| | 016-00-00-008.01 | |
| | 016-00-00-008.02 | |
| | 016-00-00-002.01 | |
| | 016-00-00-050.00 | |
| | 023-00-00-001.00 | |
| | 023-00-00-001.04 | |
| | 016-00-00-021.00 | |
| | 023-00-00-001.03 | |
| | 015-00-00-002.00 | |
| | 017-00-00-016.00 | |
| | 017-00-00-024.00 | |
| | 017-00-00-025.02 | |
| | 017-00-00-025.01 | |
| | 024-00-00-012.00 | |
| | 024-00-00-013.00 | |
| | 025-00-00-003.00 | |
| | 018-00-00-007.01 | |
| | 018-00-00-020.00 | |
| | 023-00-00-007.00 | |
| | 023-00-00-010.00 | |
| | 018-00-00-011.01 | |
| | 016-00-00-024.00 | Carlisle County, KY |
| | 028-00-00-020.00 | |
| | 028-00-00-022.01 | |
| | 022-00-00-038.00 | |
| | 016-00-00-035.03 | |
| | 028-00-00-024.00 | |
| | 016-00-00-029.00 | |
| | 016-00-00-025.00 | |
| | 017-00-00-002.0 | |
| | 016-00-00-026.00 | |
| | 022-00-00-039.00 | |
| | 029-10-03-054.00 | |
| | 018-00-00-003.0 | |
| | 029-00-00-019.04 | |
| | 016-00-00-035.00 | |

| Owner | Parcel ID | Location |
|---|---|---|
| Middle Bar Partnership | 011-00-00-006.00 | Bluff Road, Clinton/Columbus, Hickman County, KY |
| Ricky L. Williams | 030-00-00-012.00 | Along Mississippi River, South of Wickliffe, KY Carlisle County |
| Joseph D. House, Sr. & Katherine G. House | 020-00-00-002.00 | Hickman Rd, Hickman County, KY |
| | 019-00-00-007.00 | Blumenberg, Hickman County, KY |
| | 020-00-00-006.00 | Hickman Road, Hickman County, KY |
| | 020-00-00-011.00 | Hickman Road, Hickman County, KY |
| | 027-00-00-023.00 | St Rt 123, Hickman County, KY |
| | 019-00-00-014.00 | St Rt 123 W, Hickman County, KY |
| | 026-00-00-026.00 | Hickman County, KY |
| James R. Kerr, Jr. | 011-00-00-004.00 | Bluff Road, Hickman County, KY |
| | 018-00-00-008.00 | Bluff Road, Hickman County, KY |
| | 011-00-00-003.00 | Bluff Road, Hickman County, KY |
| Tony Gill & Pam Gill | 018-00-00-006.00 | Nicholson Farm, Carlisle County, KY |
| | 013-00-00-001.00 | McBride Farm, Carlisle County, KY |
| | 013-00-00-038.00 | Olive Branch, Carlisle County, KY |
| | 007-00-00-005.00 | Adams Trussel, Carlisle County, KY |
| Darryl Wolford Farms, LLC | 005-00-00-003.00 | Island Road, Hickman County, KY |
| | 005-00-00-002.01 | Island Road, Hickman County, KY |
| | 005-00-00-001.02 | Island Road, Hickman County, KY |
| Matthew Morrow, Molly Morrow & Morrow Revocable Trust | 009-00-00-003.00 | Wolf Island, Hickman County, KY |
| | 003-00-00-002.00 | |
| | 003-00-00-001.00 | |
| | 003-00-00-004.00 | |
| | 010-00-00-001.00 | |
| | 004-00-00-005.00 | |
| | 004-00-00-004.00 | |
| C. Fray Morrow, Crystal Hammond-Morrow and C. Fray Morrow and Crystal Hammond-Morrow Revocable Trust | 004-00-00-003.01 | Wolf Island, Hickman County, KY |
| | 003-00-00-004.01 | |

9

| Owner | Parcel ID | Location |
|---|---|---|
| Julia Morrow Weber | 009-00-00-004.00<br>004-00-00-007.00 | Wolf Island, Hickman County, KY |
| Gail Morrow Justice & Gail Morrow Justice Revocable Trust | 009-00-003.00 | Wolf Island, Hickman County, KY |
| Margaret J. Morrow, Margaret J. Morrow Living Trust and Raymond Morrow Family Trust | 009-00-00-001.00<br>010-00-00-002.00<br>004-00-00-007.01 | Wolf Island, Hickman County, KY<br>Wolf Island, Hickman County, KY<br>Wolf Island, Hickman County, KY |
| Stephen J. Morrow & Stephen J. Morrow Revocable Trust | 003-00-00-005.00 | Wolf Island, Hickman County, KY |
| Danielle Boyd | 009-00-00-005.00 | Wolf Island/Island Rd, Hickman County, KY |
| Robert Maxwell, Marcia I. Maxwell & Maxwell Family Trust | 086-00-00-009.00<br>096-00-00-001.00 | Tiline Road, Ledbetter, Livingston County, KY<br>Tiline Road, Ledbetter, Livingston County, KY |
| Michael Reid & Katherine Reid | 088-00-00-001.01<br>088-00-00-021.01 | 817 Tucker Temple Rd, Grand Rivers, KY<br>792 Tucker Temple Rd, Grand Rivers, KY |
| Frank Shelton & Carla Shelton | 015-00-00-005.01<br>014-00-00-0003.03 | 1608 Maxfield Road, Livingston County, KY<br>1675 River Road, Livingston County, KY |
| Alicia M. Turner | 065-00-00-068 | Cold Springs Road, Paducah, KY, McCracken County |
| William R. Noe | 066-00-00-022<br>044-30-00-064 | Mayfield-Metropolis Rd, Paducah, KY, McCracken County<br>Ogden Landing Road, Paducah, KY, McCracken County |
| Floyd E. Carpenter | 14-05-02<br>14-05-01 | Sallie Crice Road, Barlow, KY, Ballard County<br>Sallie Crice Road, Barlow, KY, Ballard County |
| Blue Acres, LLC & Megan Saylor | 1030200001<br>1029100001<br>1029300001<br>1029400001<br>1029200003<br>1028100003 | 16S, 6E-19,30, Massac County, Illinois<br>16S, 6E-19,20, Massac County, Illinois<br>16S, 6E-29, Massac County, Illinois<br>16S, 6E-29,32, Massac County, Illinois<br>16S, 6E-29, Massac County, Illinois<br>16S, 6E-20,21,28,29, Massac County, Illinois |

|  |  |  |
|---|---|---|
|  | 1028300002 | 16S, 6E-28,29,32,33, Massac County, Illinois |
|  | 1032200001 | 16S, 6E-32,33, Massac County, Illinois |
|  | 1033100001 | 16S, 6E-32,33, Massac County, Illinois |
| Freeman Finley Farms, LP | 10-18-100-002 | Massac County, Illinois |
|  | 10-18-300-001 |  |
|  | 10-18-400-001 |  |
|  | 10-17-300-003 |  |
|  | 10-19-200-002 |  |
|  | 10-20-100-002 |  |
|  | 10-17-400-003 |  |
|  | 10-16-300-001 |  |
|  | 10-20-200-001 |  |
|  | 10-21-200-004 |  |
|  | 10-21-100-004 |  |
|  | 10-21-300-003 |  |
|  | 10-21-400-003 |  |
|  | 10-28-200-001 |  |
|  | 10-27-100-001 |  |
|  | 10-27-300-003 |  |
|  | 10-23-100-002 |  |
|  | 10-23-300-001 |  |
|  | 10-23-200-004 |  |
|  | 10-23-400-002 |  |
|  | 10-26-100-001 |  |
|  | 10-26-200-004 |  |
| CPH Enterprises, LLC | 09-09-200-004 | 16S, 5E-9, Massac County, Illinois |
|  | 09-10-100-009 | Strawberry Road, Brookport, Illinois |
| Steven LaFont & Valerie LaFont | 10-12-400-007 | Hamletsville Road, Brookport, Illinois |
|  | 10-13-200-001 | Hamletsville Road, Brookport, Illinois |
|  | 10-15-400-005 | Willow Lane, Brookport, Illinois |
|  | 10-17-400-002 | Unionville Road, Brookport, Illinois |
|  | 10-18-200-011 | Unionville Road, Brookport, Illinois |
|  | 10-21-200-999 | Mt. Sterling Road, Brookport, Illinois |
|  | 10-22-100-999 | Pinewood Lane, Brookport, Illinois |
|  | 10-22-200-999 | Brookport, Illinois |
| John. A LaFont | 10-27-200-005 |  |
|  | 10-16-400-023 | Pope County, Illinois |
|  | 14-13-00-95-006 |  |
|  | 14-12-90-94-007 |  |
|  | 14-13-10-95-008 |  |

11

|  |  |  |
|---|---|---|
|  | 14-13-10-95-013 |  |
|  | 14-13-20-97-004 |  |
|  | 10-21-100-005 | Massac County, Illinois |
|  | 10-21-200-002 |  |
|  | 10-21-400-004 |  |
|  | 10-27-100-999 |  |
|  | 10-22-300-002 |  |
|  | 10-22-400-002 |  |
|  | 10-27-200-006 |  |
|  | 10-26-100-003 |  |
|  | 10-27-300-001 |  |
|  | 10-27-400-003 |  |
|  | 10-34-300-004 |  |
|  | 11-02-200-001 |  |
|  | 11-01-100-001 |  |
| J. Matthew LaFont & Drew LaFont | 09-09-200-004 | Massac County, Illinois |
|  | 10-34-300-005 | Massac County, Illinois |
|  | 10-34-400-001 | Massac County, Illinois |
|  | 11-11-41-400-09 | Pope County, Illinois |
| Andrew LaFont | 11-11-41-40-009-001 | Massac County, Illinois |
|  | 11-10-41-31-009 | Massac County, Illinois |
| Norman H. Lewis Trust & Poco Properties, LP | 10-34-400-002 | Massac County, Illinois |
|  | 10-34-300-002 |  |
|  | 11-03-200-001 |  |
|  | 10-35-300-008 |  |
|  | 10-35-300-007 |  |
|  | 10-35-400-006 |  |
|  | 10-26-100-002 |  |
|  | 10-36-200-005 |  |
|  | 10-24-400-001 |  |
|  | 10-25-100-002 |  |
|  | 10-25-300-002 |  |
|  | 10-25-300-005 |  |
|  | 10-25-200-001 |  |
|  | 10-25-400-001 |  |
|  | 10-24-200-001 |  |
|  | 10-13-400-008 |  |
|  | 10-13-300-004 |  |
| Albert Duenne | 163.105.00000000005.30 | Scott County, Missouri |

| Owner | Parcel | Location |
|---|---|---|
| Mark Duenne & Julie Duenne | 163.105.00000000005.20 | Scott County, Missouri |
| David Black | 32-03<br>32-03-0<br>32-03cc | Monkey Eyebrow Rd, Ballard County, KY<br>New Hope Ch Rd, Barlow, KY, Ballard County<br>Watershed |
| Sammy Boulton | 2-10 | Holloway Landing Rd, Barlow, KY, Ballard County |
| Coy Jay Buchanan | 18-09-02<br>5-16 | County Farm Rd, Wickliffe, KY, Ballard County<br>Cairo Road, Wickliffe, KY, Ballard County |
| Coy Jay Buchanan & Bradley L. Buchanan | 11-11-02 | Cairo Road, Wickliffe, KY, Ballard County |
| Jerry Cooper & S. Keith Ballard County Myers & Lynn Denton | 21-01 | Near Wildlife Rd/Along River, Barlow, KY, |
| Elite Fleeting & Consulting Services, LLC | 016-00-00-13.02 | Drew Rd, Hickman County, KY |
| Estate of Ora L. Haynes | 5-15<br>5-17 | Cairo Road, Wickliffe, KY, Ballard County<br>Cairo Road, Wickliffe, KY, Ballard County |
| Keith Fryberger | 015-00-00-001.00 | Chips Rd, Smithland, KY, Livingston County |
| John G. Holland, Jr. | 9-11<br>9-13<br>9-13-01<br>10-01 | Gum Corner Rd, Barlow, KY, Ballard County<br>Gum Corner Rd, Barlow, KY, Ballard County<br>Gum Corner Rd, Barlow, KY, Ballard County<br>Cairo Rd, Wickliffe, KY, Ballard County |
| Sonya Hosick & Mike Hosick | 52-01 | Ferren Landing Rd, Ballard County, KY |
| William Hunt, Bobby Hunt, Mary Ann Walter, Holly Blackwell and Georgie Lang | 11-05<br>5-14<br>5-13 | Cairo Road, Wickliffe, KY, Ballard County<br>Cairo Road, Wickliffe, KY, Ballard County<br>Cairo Road, Wickliffe, KY, Ballard County |
| L&E Wilson Family Limited Partnership | 07-12-200-001<br>08-17-100-001 | Pulaski County, Illinois |

|  |  |  |
|---|---|---|
|  | 08-17-200-005 |  |
|  | 08-17-400-006 |  |
|  | 08-17-400-007 |  |
|  | 08-17-300-002 |  |
|  | 08-18-400-001 |  |
|  | 08-19-200-001 |  |
|  | 08-19-400-001 |  |
|  | 08-20-100-002 |  |
|  | 08-18-300-001 |  |
|  | 08-19-100-001 |  |
|  | 07-24-200-003 |  |
|  | 07-24-200-004 |  |
|  | 07-24-300-002 |  |
|  | 07-24-400-002 |  |
|  | 08-19-300-004 |  |
|  | 08-19-300-003 |  |
|  | 07-25-200-001 |  |
|  | 07-25-100-002 |  |
|  | 07-25-100-012 |  |
|  | 07-26-200-026 |  |
|  | 07-26-200-022 |  |
|  | 07-26-200-031 |  |
|  | 07-26-400-003 |  |
|  | 07-26-400-002 |  |
|  | 07-36-300-010 |  |
|  | 07-36-100-011 |  |
|  | 07-21-300-005 |  |
|  | 07-20-300-004 |  |
|  | 07-27-400-002 |  |
|  | 07-27-200-002 |  |
|  | 07-27-200-003 |  |
|  | 07-27-100-001 |  |
|  | 07-27-300-001 |  |
|  | 07-28-200-001 |  |
|  | 07-28-400-001 |  |
|  | 07-28-300-002 |  |
|  | 07-28-100-002 |  |
|  | 07-20-200-002 |  |
|  | 07-21-100-001 |  |
|  | 07-27-100-002 |  |
|  | 07-27-300-002 |  |
| Larry E. Wilson, Bruce Wilson and Leann E. Thurman | 08-17-200-006 | Pulaski County, Illinois |
|  | 08-17-400-005 | Pulaski County, Illinois |

| Name | Parcel | Location |
|---|---|---|
| Stanley K. Myers | 24-06 | Kendall Thomas Lane, Barlow, KY, Ballard County |
| | 44-02-01 | Palmore Lane, Ballard County, KY |
| | 44-03 | Oscar Road, Barlow, KY, Ballard County |
| | 24-06 | Kendall Thomas Road, Ballard County, KY |
| J. Eugene Pierce | 012-00-00-002.00 | Bluff Rd, Hickman County, KY |
| | 019-00-00-001.00 | Bluff Rd, Hickman County, KY |
| | 019-00-00-003.00 | Kough Rd, Hickman County, KY |
| Tyler Pittman | 24-06 | Kendall Thomas Road, Ballard County, KY |
| William D. Ryan, Jr. & Paul T. Ryan | 9-12 | River Bottoms, Wickliffe, KY, Ballard County |
| | 9-12-01 | River Bottoms, Wickliffe, KY, Ballard County |
| Coy Simmons & Rhonda Simmons | 14-04 | Sallie Crice Rd, Barlow, KY, Ballard County |
| | 24-37 | Oscar Road, Barlow, KY, Ballard County |
| Tennessee River Towing, Inc. | 14-12 | Steve Denton Rd, Barlow, KY, Ballard County |
| | 24-10 | Baulckim Lane, Barlow, KY, Ballard County |
| West McCracken County Hunting Club, Inc. | 15-04 | Sallie Crice Road, Barlow, KY, Ballard County |
| Estate of Harrison Williams, c/o Roger Allcock | 009-00-00-001 | Carrico Road, Paducah, KY, McCracken County |
| Ellise Falkoff Family Testamentary Trust A & Ellise Falkoff Family Testamentary Trust B | 31-02 | Upper Bottom Rd, Fulton County, KY |
| | 31-06 | Upper Bottom Rd, Fulton County, KY |
| | 31-12 | Salmon Lane, Fulton County, KY |
| Peggy Piper | 16-13 | Holloway Landing Rd, Barlow, KY, Ballard County |
| James K. Reeves Living Trust | 19-01-02 | Along Miss. River, Wickliffe, KY, Ballard County |
| Crystal Lake Estate, Inc | 20-06 | Along Miss. River, Wickliffe, KY, Ballard County |

| | | |
|---|---|---|
| Tom Showmaker | 10-13-400-011 | Massac County, Illinois |
| | 10-13-300-012 | |
| | 10-13-100-012 | |
| | 10-13-200-002 | |
| | 10-13-200-003 | |
| | 10-09-300-002 | |
| | 10-08-200-001 | |
| | 14-11-809-100-5 | Pope County, Illinois |
| | | |
| Howard T. Troutman | 017-00-00-035.00 | River Road, Livingston County, KY |
| | | |
| Workman Properties, LLC | 021-00-00-002.01 | Burcham Rd, Hickman County, KY |
| | 028-00-00-004.00 | Bostick Road, Hickman County, KY |
| | 027-00-00-004.01 | Bostick Road, Hickman County, KY |
| | | |
| Martha Workman | 026-00-00-008.00 | Hickman County, KY |
| | 026-00-00-014.01 | Hickman County, KY |
| | | |
| James T. Workman III | 020-00-00-004.03 | Hickman Road, Hickman County, KY |
| Tracy Workman & | 027-00-00-013.00 | St Rt 123, Hickman county, KY |
| Joye Workman & | | |
| Patricia Workman Marchand | | |
| | | |
| S&W Farms, LLC | 030-00-00-012.00 | Carlisle County, KY |
| | 51-26 | Mayfield Rd, Ballard County, KY |
| | | |
| East & West Ponds, Inc. | 11-09 | Cairo Rd, Wickliffe, KY, Ballard County |
| | | |
| Kentucky's Big 3, LLC | 030-00-00-001.00 | Carlisle County, KY |
| | | |
| Columbus Bottoms, Inc. | 016-00-00-013.00 | Drew Rd, Hickman County, KY |
| | | |
| Fort Jefferson Farms, LLC | 20-03 | Mayfield Rd, Wickliffe, KY |
| | 012-00-00-006.001 | River, Carlisle County, KY |
| | | |
| Deweese Properties, LLC | 020-00-00-009.00 | Bluff Rd, Hickman County, KY |
| | 021-00-00-002.02 | Burcham Rd, Hickman County, KY |
| | 034-00-00-028.00 | St Rt 123, Hickman County, KY |
| | 034-00-00-029.00 | Hickman Rd, Hickman County, KY |

| | | |
|---|---|---|
| Lukas Deweese | 034-00-00-028.01 | St Rt 123, Hickman County, KY |
| Mary Ann (Deweese) Wilson | 026-00-00-035.00 | St Rt 1826, Hickman County, KY |
| | 026-00-00-024.00 | St Rt 1826, Hickman County, KY |
| Joe Burcham Irrevocable Trust | 020-00-00-010.01 | Hickman County, KY |
| | 020-00-00-012.00 | Hickman County, KY |
| | 021-00-00-002.00 | Hickman County, KY |
| | 027-00-00-006.00 | Hickman County, KY |
| Jewell & Jewell, LLC | 019-00-00-012.00 | Blumemberg Rd, Hickman County, KY |
| | 019-00-00-008.00 | Hickman County, KY |