# In the United States Court of Federal Claims

No. 18-1099L
(Filed: May 7, 2021)

|  |  |
|---|---|
| **RIVERVIEW FARMS, et al.,** | ) |
| | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| **v.** | ) |
| | ) |
| **UNITED STATES,** | ) |
| | ) |
| *Defendant.* | ) |
| | ) |
| | ) |

### ORDER

On May 7, 2021, the parties filed a joint motion to extend the period of jurisdictional fact discovery (ECF 64). For good cause shown, the motion is **GRANTED** and the Court adopts the scheduled proposed in the plaintiff's motion.

**August 20, 2021**: The parties shall file a joint status report on their progress in jurisdictional fact discovery.

**November 19, 2021**: Jurisdictional fact discovery closes.

**November 29, 2021:** The parties shall file a joint status report setting forth a proposed schedule for further proceedings related to the issue of whether the Court has jurisdiction over plaintiffs' claims.

It is so **ORDERED.**

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**