## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RIVERVIEW FARMS, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | No. 18-cv-1099 L<br><br>Hon. Richard A. Hertling |

### UNITED STATES' UNOPPOSED MOTION TO ENLARGE THE DEADLINE FOR ITS REPLY TO PLAINTIFFS' RESPONSE TO THE UNITED STATES' MOTION TO DISMISS AND FOR LEAVE TO EXCEED PAGE LIMIT

Pursuant to Rule 6(a) of the Rules of the Court of Federal Claims, the United States respectfully moves to enlarge the time to reply to Plaintiffs' Response to the United States' Motion to Dismiss Plaintiff's Second Amended Complaint, ECF No. 138, filed by Plaintiffs on November 21, 2023, by 7 days to **January 12, 2024**. The United States' reply is currently due on January 5, 2024. This is the United States' first request for an enlargement of this deadline. Plaintiffs do not oppose this request.

Under RCFC 6(b), the Court may, for good cause, extend a party's deadline to perform a required action. Here, good cause exists for the requested 7-day extension because of the intervening holidays and counsels' numerous other filing deadlines and case obligations since Plaintiffs' response was filed and until shortly after January 5th. Therefore, for good cause shown, the United States moves to extend the deadline for its reply by 7 days to January 12, 2024.

The United States also requests leave to exceed the twenty (20) page limit set forth in RCFC 5.4(b)(2) for its reply brief. The United States requests leave to file a reply brief that is up to thirty (30) pages long, exclusive of the signature page. Given the breadth of information

covered in Plaintiffs' response, which was 58 pages (as allowed by the Court), the United States requires more than twenty pages to sufficiently address the matters raised. Plaintiffs do not oppose this request.

Respectfully submitted on December 21, 2023,

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*s/Laura W. Duncan*
LAURA W. DUNCAN
United States Department of Justice
Environment and Natural Resources Division
c/o USACE Galveston District Office of Counsel
2000 Fort Point Road, Room 321
Galveston, Texas 77550
Telephone: (202) 598-1114
E-mail: Laura.Duncan@usdoj.gov

*Attorney of Record for the United States*
