# EXHIBIT 26

Select Years of Annual Hydrographs
Prepared from Undisputed Gage
Data Presented in Holmes Analysis,
Def.'s Mot., Ex. 10





**Observed Stage at Cairo (1947)**



Observed Stage at Cairo (1951)



Observed Stage at Cairo (1958)



Observed Stage at Cairo (1973)



Observed Stage at Cairo (1975)



Observed Stage at Cairo (1991)



Observed Stage at Cairo (1993)



Observed Stage at Cairo (1997)



Observed Stage at Cairo (1998)



Observed Stage at Cairo (2008)



Observed Stage at Cairo (2011)





Observed Stage at Cairo (2015)



Observed Stage at Cairo (2018)





Observed Stage at Paducah (1973)

# Observed Stage at Paducah (1975)





**Observed Stage at Paducah (1991)**



Observed Stage at Paducah (1993)



**Observed Stage at Paducah (1997)**



Observed Stage at Paducah (1998)



Observed Stage at Paducah (2008)





**Observed Stage at Paducah (2013)**



Observed Stage at Paducah (2015)





Observed Stage at Paducah (2019)